PER CURIAM.
 

 Lorenzo Brooks appeals from the denial of his motion for additional jail credit filed pursuant to Florida Rule of Criminal Pro
 
 *948
 
 cedure 3.800(a). Brooks alleges that he is entitled to jail credit from the date a violation of probation warrant was issued, on June 21,1990, because of an “unreasonable delay” by the Seminole County Sheriff in executing the warrant.
 
 See, e.g., Martinez v. State,
 
 965 So.2d 1244 (Fla. 2d DCA 2007). Because Brooks’ entitlement to relief is not apparent on the face of the record, the trial judge properly denied Brooks’ motion.
 
 See Beard v. State,
 
 27 So.3d 186 (Fla. 5th DCA 2010) (“As in all motions filed under rule 3.800(a), the mov-ant bears the burden to demonstrate a sentencing error apparent from the face of the record.”).
 

 AFFIRMED.
 

 SAWAYA, LAWSON and COHEN, JJ., concur.